# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. JASSY, | ) No. CV13-8611-JVS (AS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| KEVIN CHAPPELL, Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 4, 2015

*/s/ James V. Selna*
_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

9